UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville

FILED
NOV - 4 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Jeremiah Ballew )
)
)
)
)
Name of plaintiff (s) )
)
v. ) Case No. 3:20-mc-70
) (to be assigned by Clerk)
Knox County Sheriff )
) Varlan/Guyton
Sgt. Kidde. +. al )
)
Davis and medical )
Name of defendant (s) )

COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Medical neglagents and mental health neglagents
Neglagents. ptsd, cruel and unusal punishment (a violation of the ada act)
Abuse of athority cruel and unusal conditions violation of U.S
(see continue pg 4)

2. Plaintiff, Jeremiah Jackson Ballew resides at
5001 Maloneyville Rd , Knoxville
street address city

Knox , TN , 37918 , 615-580-8543 .
county state zip code telephone number

Secondary address
(if more than one plaintiff, provide the same information for each plaintiff below)
→ Jeremiah J. Ballew 1111 Forest Ave Smithville TN 37166

1

Case 3:20-mc-00070-TAV-HBG   Document 1   Filed 11/04/20   Page 1 of 16   PageID #: 1

3. Defendant, __Knox County Sheriff's Office__ lives at, or its business is located at __5001 Maloneyville Rd__, __Knoxville__,
street address / city
__Knox__, __TN__, __37918__.
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

Sgt. Kidd, Davis and medical, Off. Ronnie Lee; Off. Crain, Cpl. Harvey, Off. Potter, Off. Hamlin, Off. Moore, Off. Smith, Off. Hall, Off. Thornburry. (All in violation of 6 feet rule w/o mask or proper PPE)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

While being housed at KCSO I have not been given proper PPE for Covid-19 (corona virus) protection, cleaning supplies, anti-bacterial soaps, etc.. I have ask for items and was denied or given a (Deodorant Bar) witch is not antibacterial. I have been placed in quaratine for 2 week where I was placed in another cell after being moved twice. I was placed with a different cell mate in a dirty cell where I ended up catching the Flu from inmate (Troy Stringer) was denied cleaning supplies for over 24 hours and then not given proper cleaning supplies
(continues on Exibit C front & back)

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. 5 million dollars plus attorney fees and any other extra charges to my account from KCSO
b. Off. Kidd 250,000.00, Off. Ronnie Lee 250,000, Off. Thornburry 250,000, Cpl. Harvey 250,000, See exibit D Front
c. The exssesive fees for Mental Health, Dental, Health, Commossary, meds, and Phone Pin
d. I would like protection from retaliation from AFORE mention defindant's other KCSO employee's

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 29Th day of Oct, 2020.

_Jeremiah Bellew_

Signature of plaintiff (s)

Constutution right 8th admendment, vulneralvility to covid-19 (corona virus). Deniel of equal protection see exhibits A front and back, Exibit B front.
Abuse and neglagents of state and federal funds staff. misconduct exsessive funds and fees, commassary mark ups and phone system c..pln dec 2018 pg 34 Unjust enrichment. Violation of rehabilatation act (RA) Americans with disabilities act (ADA) Brady vs. Maryland violation of rehabilitation act denile of equal protection by projecting inmates to the covid-19 (corona virus) by not wearing proper PPE, and coming into closed quarters with inmates and or Staff. I have not been given a micro fyber mask to protect myself. I was given a sock with strings sewed on it for protection for my face? On 10/23/20 @ 1:06pm I started logging infractions after asking Off. Ronnie Lee why he wasn't wearing his mask and could he place it on. In response Off. Lee said that he was told by his boss Sheriff Spangler that it was a violation of his officers constitutional rights to be told to where a mask in a Gov. building. Off. Lee then said the Gov. could suck his dick before he would place his mask on and wear it in the building, like the law states that every person or persons in a Gov. facility have a mask and also follow the 6ft rule in no more than (10) ten to a group?! (Continued

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I would like payment for 3 million dollars plus attorney fees & any other charges by KCSO to my account. For exessive fees for mental health, Dental, Health, Commassary, meds, and Phone Pins & E-mail charges. I would like protection from retaliation from AFORE mention defindant and KCSO employees. (continued on Exibit E front)

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ___Oct___ day of ___29th___, 20_20_.

_____Jeremiah Ballew_____
Signature of plaintiff(s)

Exhibit: A

1) Joel Evert, Gov. Bill Lee Declaires state of emergency on march 12TH of 2020. To combat spread of Corona Virus Covd-19 Knoxville News www.knoxnews.com/story/News/politics/20 3/12 5030408002
Schools, Workplaces, & community work places, CTR. For Disease control & prevention, https://www.cdc.gov/Coronavirus/2019-ncov/community/index.html (last updated March 15, 2020.)

2) Further the CDC Community Mitigation Guidlines for organizations serving high-risk populations or seniors include recommendations such as daily temperature & symptom screenings, altering scheduals to reduce mixing of individuals, and canceling gatherings of more than (10) individuals. Implementation Strategies for communities with local Covid-19 Transmisions, CTR. For Disease control & prevention, http://www.cdc.gov/Coronavirus/2019 ncov/downloads/community-mitigation-strategy.pdf, (last visited March 15TH of 2020)

3) The Tennessee Department of Health recommends that citizens of the state of Tennessee follow these CDC recommendations. Corona Virus Disease (Covid-19) Tenn. Dept. of Health, https://www.TN.gov/health/cedep/ncov.html, (last visited march 15 2020,

4) With confirmend cases that indicate community spread, now is the time to take action to protect vulnerable populations and community at large

5) People who

Exibit: A Back

work in them leave & return daily, visitors regularly stream through, and inmates are arrested & released. Viruses of all kinds have multiple entry points, and those that enter tend to spread fast. Outbreaks of the flu regularly occur in jails, and during the H1N1 Pandemic in 2019, many jails and prisons dealt with high numbers of cases. Nicole Westman, Prisons & jails are vulnerable to Covid-19 outbreaks, The Verge (March 7, 2020 8:30am) https://www.theverge.com/2020/3/7/21167807/Coronavirus-prison-jail-health-outbreak-covid-19-flu-soap. See Martin Kaste, Prison & Jails Worry about becoming Coronavirus "incubators", NAT'L Pub radio, (March 13, 2020 12:00pm)

6) Currently, our local jails are overcrowded. Incarcerated defendants are held two or three inmates to a cell. They do not have access to hand sanitizer or any other antiviral cleaner - soaps! They have no frequent access to soap & water.

7) The current conditions are not contrary to those recommended by the CDC, which recommends that people are not to remain in small closed quarters, & that they maintain a six-foot distance between them. Further there is a shortage of medical staff and equipment including specialized equipment necessary to sustain life in case of severe infection and or pandemic symptoms. Should someone become symptomatic or exposed, The only way to insure the health of others would be to place the infected person or quarintine them in solitary confinment, or other harsh conditions, which would be cruel & unusaul. It is very possible that inmates will DIE without appropriate care, alone, and without access to their families.

8) Many people who are incarcerated also have chronic conditions, like diabetes, hepatitis, asthma, C.O.P.D., decreased lung capacity, or other

Exibit: B. Front

forms of Lung or Respiratory disease, or H.I.V, AIDS, which makes them vulnerable to severe forms of Covid-19, Corona Virus

9) When Corona Virus (Covid-19) suddenly exploded in China prisons there were reports of more than five hundred (500) cases spreading across five (5) facilities in three (3) provinces. In Iran fifty-four thousand (54,000) inmates were temporarily released back into the country amid virus fear. Claudia Lauer & Colleen Long, U.S. Prisons, Jails on alert for spread of corona virus, NBC Wasington (March 7, 2020 5:50 AM) http://www.nbcwashington.com/news/coronavirus/us-prisons-jails-spread-of-coronavirus/2233762/osource=db npd nbc wrc twt shr.

Around Sept 20th throug the first of Oct 10th I was pulled from IC room 121 and brought to 1D for 2 days and then placed back in IC in 116 with a differant inmate & diff cell that was not cleaned & still had trash from previous inmates. I was placed in the cell with Troy Stringer who was also brought back from another unit. Neither one of us was tested and I was in a solitary cell in 1D before moved back the cell in 1D was not clean neither and was placed in without mat, or anything at all. We where placed on qurantine for 14 days. Because there was possibaly 3 guys who tested positive for Covid-19 virus. I placed a request to be moved to KCJ twice for being in fear of my life b/c of outbreaks in KSCO I was never moved or even told why I couldn't be rehoused?

Denial of equal protection unjustfully regment and innelegant rehabilitation act

Brady vs. Meval act exculpatory evidence # 490 373
uyx, 83 1963
I am also asking for protection from retaliation in order not to thort a diffendants investigation.

Ex: C Front

While being incarcerated at KCSO I have had to seek treatment through Mental Health for my Depression, BI-Polar, PTSD, and exsessive anger problems because of the punishment of the jail and being placed in "The hole" for five (5) months straight. Where I have been exposed to at least 3 cases of corona (covid-19) out breaks. I have been placed in multiple cells without them being cleaned and or cleaned properly with prgoer PPE supplies and or mask, anti-bacterial soaps, sanitizers,...etc. I have been in here since August 24th 2020. In this time I have been yanked out of my cell and handcuffed w/o anyone explaining why or where I was going. In regards to this happing it has been multiple ocassions where it has triggered my PTSD & Depression on these multiple ocassions. From verbal abuse or by hearing them close to your door & instantly going on gaurd, or protection mode. From Insults to

Ex: C Back

just being plain talked to like trash. Also being placed in unsanitary inviorments from dirty showers to dirty cells. I do not know how many mats here I have been placed on w/o them being cleaned or disinfected also they have been black mold in my cell and also on my mats. They have taking my sheets and blankets for hours upon hours on multiple ocassions. I've been placed in a cell w/o a mat at all for up to four (4) hours. I have put in a total of 2 transfers to be placed at or in a different housing inviorment at the KCJ for being in fear for my life and health w/o a response, or given any reason why I cant transfer. I have listened to staff bash the Gov. Bill Lee for his making of the mask laws placed in order for inmate safety by the government and president. I have also been placed in unhealthy living quarters with black mold growing in cell 1D 114 and also on multiple old mats with black mold. These mats are passed from inmate to inmate with out being cleaned or sanitized. I have been charged 3 times for the same medicine and also for legal mail info?

Ex: D Front
Off. Potter 100,000., Off. Crain 100,000.00,
Off. Hamlin 100,000, Off. Moore 100,000.00,
Off. Smith 100,000, Off. Hall 100,000.

Ex: E Front
Off. Kidd, Off. Ronnie Lee, Off. Thornbury,
Cpl. Harvey, Off. Potter, Off. Crain, Off. Hamlin,
Off. Moore, Off. Smith, Off. Hall

Took place ID RM 114   (Detailed Log)   Exit F (Front)

10/23/20 1:06pm 1st Shift - Off. Ronnie Lee was asked why he was not wearing his mask and could he please place it on his face as the law requires us so he does not spread Covid-19 (corona virus). He denied to place mask on. He was then told it is a law by the Gov. of Tenn. that all people in Gov buildings wear proper PPE, micro fiber mask to stop the spread of Covid-19. Mr. Lee responded that he would not be told what to do that the Gov could suck his dick and his boss Sheriff. Spangler said that was a violation of his officers amindment rights as the new law states they do. Also he would not enforce it on them. But we get an extra 2 days added to our hol time or placed in the hole for up to 15 days if we don't follow this rule? So I am starting this log of officers in violation!

10/23/20 Off. Crain 2nd shift No mask and ask to place it on. In response Mr. Crain said he will not and does not have to wear a "Fucking mask" and "I will not wear one"

10/23/20 3:08pm Off. Crain still refuses to place mask on.

10/23/20 4:00pm After asked by a medical staff member to place his mask on while she passed out meds he complied for her sake she said

10/23/20 7:00pm 2nd shift I stopped cpl. Harvey 's Lt Spreng to one ask for a greivance form to file a complaint about officers not wearing mas (He was not happy) his response was where is your mask at? I said I don't have a proper mask to wear. Cpl. Harvey replied "yeah I'll bring you a grievance" (with a smart ass attitude!)

10/23/20 7:30pm 2nd shift off. Crain no mask! When asked why not he responded "Fuck that mask"

10/24/20 4:30AM 3rd shift officer on duty no mask passing out breakfast.

10/24/20 8:30 am 1st shift Off. Lee came to my door no mask passing out meds in return exposing me to Covid-19 virus.

Case 3:20-mc-00070-TAV-HBG   Document 1   Filed 11/04/20   Page 13 of 16   PageID #: 13

Exi: F (Back)

10/24/20 2:35pm 2nd shift Off. Potter came into POD & walked through door to door w/o mask.

10/24/20 3:15pm Off. Potter came in from another pod w/o mask

10/24/20 8:18pm Off. Hamlin walking through POD & stopping at doors talking with inmates w/o mask also coughing.

10/25/20 10:35 AM 1st shift Off. Thornburry walking through POD w/o out proper PPE mask and coughing through out day sitting in and walking through POD still no mask.

10/25/20 2:35pm 2nd shift Off. Moore during head count he stopped at doors talking to all inmates w/o mask or proper PPE

→10/26/20 5:15 AM 3rd shift feeding the POD breakfast w/o proper PPE

↳10/25/20 I noticed my account had been charged twice (2) for the same prescription of IBproffin (around 18¢) When asked why I was charged twice medical staff told me to file grievance.

10/26/20 8:30 AM Off. Thornburry going door to door w/ med lady w/o mask or proper PPE and removing his cloth face shield talking w/ inmates. Also placing unsanitized handcuffs from one inmate to another possibuly spreading covid-19 virus?

10/26/20 3:30-4:00 pm 2nd shift Cpl. Harvey and Lt. Kidd came in from going POD to POD where they could've or could not had cases of covid-19 outbreaks? Neither one was wearing a mask or proper PPE.

10/26/20 4:20pm Off. Smith & 4 hall men from other PODS came in to work on floors w/o anyone wearing mask in are POD!

10/26/20 5:30pm Officer. Smith and 2 hall men went from cleaning floors to passing out Dinner trays w/o cleaning hands or covering faces

10/27/20 8:30AM Off. Hall & Off. Ms. Smith (civilian) no mask

Ex: G

10/27/20 1:30pm 1st shift Off. Hall going through POD cell to cell w/o mask or proper PPE exposing inmates to possible covid-19 virus

10/28/20 1:00pm-1:30pm? 1st shift Off. Thornburry walking through POD verbally abusing inmates by calling them little bitches & threatning to shit in thier laundry bags.

10/28/20 2:45pm 2nd shift Lt. Kidd came in POD w/o wearing a mask or proper PPE requirments with him being a leader at KCSO?

10/29/20 1:20pm 1st shift Off. Hall & Off. Thornburry came into POD and walked around exposing inmates to a possible covid-19 outbreak

10/29/20 3:30pm 2nd shift Off. Crain w/o mask or proper PPE equiptment passing out supplies and Non-antibacterial soap!

10/29/20 6:55pm Off. Crain walking through POD w/o mask.

10/30/20 6:30 AM Off. Bratin serving breakfast with (3) three hall men no one wearing mask or proper PPE

10/30/20 7:30 AM Off. Bart walking through POD w/o mask

10/30/20 8:00 AM Off. Bart walking through POD w/o mask stopping at door talking without mask or proper PPE

I have continued this log up to date and also have kept a copy for myself of these things. Something needs to be done about the unsanitary living conditions at the KCSO & also the way the staff talk too and treat inmates here. We are subjected to cruel living enviorments here & can not get any help from the higher ups here it actually gets worse the higher up you go here? This is not how you treat other human beings? Something must be done before some more people die or continue to be harmed!



Jeremiah J. Ballew 487573
5001 Maloneyville Rd
Knoxville TN, 37902

Est. District of Tennessee
U.S District Court Office of Clerk
800 Market Street Suite #130
Knoxville TN, 37902

Sender is an inmate of Correctional Facility

INSPECTED
FILED
NOV 04 2020
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville